# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA A. BIRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-00175-JD |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This is a complaint brought under the Federal Tort Claims Act by Plaintiff Lisa A. Biron against the United States. [Doc. No. 1]. Currently before the Court are the Report and Recommendation [Doc. No. 5] and Plaintiff's motion for leave to proceed in forma pauperis. [Doc. No. 2].

The Report and Recommendation recommends that the Court deny Plaintiff's motion and order Plaintiff to pay the full filing fee of $405.00 for this action to proceed. Plaintiff did not timely object to the Report and Recommendation, and the record reflects that Plaintiff paid the filing fee of $405.00 on March 3, 2025. *See* [Doc. No. 6].

Accordingly, the Court ACCEPTS the Report and Recommendation [Doc. No. 5] and DENIES Plaintiff's motion for leave to proceed in forma pauperis [Doc. No. 2]. Because Plaintiff has now paid the full filing fee, the Court REFERS this action to Judge Mitchell for further proceedings consistent with the Court's prior referral. *See* [Doc. No. 4].

IT IS SO ORDERED this 6th day of March 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE